No. 80–6053. MULLINS *v.* OHIO, 450 U. S. 985;

No. 80–6091. HENDERSON *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, 450 U. S. 985; and

No. 80–6159. WRIGHT *v.* UNITED STATES, 450 U. S. 970. Petitions for rehearing denied.

No. 80–910. CALAVO GROWERS OF CALIFORNIA *v.* GENERALI BELGIUM ET AL., 449 U. S. 1084. Motion for leave to file petition for rehearing denied.

No. 80–1117. CASTILLO *v.* FORSHT, UNITED STATES MARSHAL, 450 U. S. 922. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

APRIL 27, 1981

No. 80–1453. SHOWCASE CINEMAS, INC., ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari dismissed under this Court's Rule 53.

No. 80–1183. MISSISSIPPI *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. D. C. JUSTICE WHITE and JUSTICE STEVENS would postpone the question of jurisdiction and set case for oral argument. JUSTICE REHNQUIST took no part in the consideration or decision of this case.

No. 80–1275. GARY-NORTHWEST INDIANA WOMEN'S SERVICES, INC., ET AL. *v.* ORR, GOVERNOR OF INDIANA, ET AL. Affirmed on appeal from D. C. N. D. Ind. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.